# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154871 & (84)(86)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC:  154871
                                                     COA:  326542
                                                     Wayne CC:  14-005613-FC
MICHAEL DEMOND LAWSON,
        Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief and the motion to amend the record are GRANTED, in part, to the extent that the defendant asks this Court to consider the issues in his application that were not raised in the Court of Appeals. The application for leave to appeal the October 11, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



Clerk

s0705